UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| LERIOD BAKER, aka LEROID BAKER<br>LA. DOC #217930 | CIVIL ACTION NO. 3:10-cv-0612 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| WARDEN DALE YELVERTON, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, which has been adopted by the Court, and after an independent review of the record, including the objections to the Report and Recommendation, and for those additional reasons stated in the Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's civil rights Complaint be DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

MONROE, LOUISIANA, this 17th day of August, 2010.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE